*E-Filed 7/14/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD JAMES BARBIERI,<br><br>    Plaintiff,<br>  v.<br><br>AURORA LOAN SERVICES, et al.,<br><br>    Defendants. | No. C 10-4044 RS<br><br>**ORDER RE: SCHEDULING** |

In light of this Court's granting defendant's motion to dismiss, all pretrial, trial and motion hearing dates are vacated. Should plaintiff amend his complaint, a Case Management Conference will be set to establish new pretrial and trial dates.

IT IS SO ORDERED.

Dated: 7/14/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-4044 RS
ORDER

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Ronald James Barbieri**
120 Stony Point Road
Suite 140
Santa Rosa, CA 95401

DATED:  7/14/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

No. C 10-4044 RS
ORDER

2