***E-Filed 8/4/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD JAMES BARBIERI, | No. C 10-4044 RS |
| Plaintiff,<br>v. | **ORDER GRANTING PLAINTIFF'S REQUEST TO FILE SECOND AMENDED COMPLAINT** |
| AURORA LOAN SERVICES, et al., | |
| Defendants. | |

In a letter sent directly to the Court on July 29, 2011, pro se plaintiff Ronald Barbieri advised the Court that he wishes to modify the First Amended Complaint (filed on July 20, 2011) by filing a Second Amended Complaint. Ordinarily, Barbieri would need to either obtain a stipulation with the defendant or formally move to amend his complaint. To avoid further delay and because leave to amend is "freely given," *Foman v. Davis*, 371 U.S. 178, 182 (1962), however, Barbieri's request to file a Second Amended Complaint is hereby granted. He must file the Second Amended Complaint by August 12, 2011.

IT IS SO ORDERED.

Dated: 8/4/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Ronald James Barbieri**
120 Stony Point Road
Suite 140
Santa Rosa, CA 95401

DATED: 8/4/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg